UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| WILLIE ROBERT WEATHERLY and CALVIN EDWARD WEATHERLY, <br><br> Plaintiffs, <br><br> v. <br><br> JANICE HILTON and WARREN M. HILTON, <br><br> Defendants. | ) ) ) ) ) ) ) No. 2:18-CV-167 ) ) ) ) ) ) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 27, 2019, [Doc. 5]. In that Report and Recommendation, the Magistrate Judge recommends that plaintiffs' motions to proceed *in forma pauperis*, [Docs. 1, 2], be granted, but that plaintiffs' complaint be dismissed without prejudice under 28 U.S.C. § 1915(e) for failure to state a federal claim upon which relief can be granted, [Doc. 5 at 6]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 5], that the plaintiffs' complaint be dismissed without prejudice

Also before this Court is plaintiffs' March 4, 2019 Motion for Status of the Case. [Doc. 6]. Plaintiffs request a hearing, and that plaintiffs' application to proceed *in forma pauperis* "be

revi[v]ed and [a] determination be made so the case can proceed through this Court." [*Id.* at 2]. Defendants received a determination on their motions to proceed *in forma pauperis* in the Report and Recommendation of the United States Magistrate Judge. Accordingly, plaintiffs' Motion for Status of Case is DENIED.

    So ordered.

    ENTER:

                                                                                          s/J. RONNIE GREER  
                                              UNITED STATES DISTRICT JUDGE