UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| WILLLIE ROBERT WEATHERLY and CALVIN EDWARD WEATHERLY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:18-CV-167 ) |
| JANICE HILTON and WARREN M. HILTON, | ) ) ) ) |
| Defendants. | ) |

## ORDER AND JUDGMENT

This case came before the Court on plaintiffs' motion for leave to proceed *in forma pauperis*, [Docs. 1, 2] and Magistrate Judge Clifton L. Corker's Report and Recommendation, [Doc. 5]. For the reasons stated in the Court's Order adopting Judge Corker's Report and Recommendation, it is ORDERED AND ADJUDGED that this action be, and hereby is, DISMISSED WITHOUT PREJUDICE. Accordingly, the Clerk is DIRECTED to CLOSE the case.

ENTERED AS A JUDGMENT:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

s/ *John L. Medearis*
District Court Clerk